**FILED**
12/11/2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: \_\_\_\_CO\_\_\_\_
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**JULIAN NATHAN MIRANDA-PICADO,**<br><br>Defendant. | **Case No: 4:25-CR-00278**<br><br>**INDICTMENT**<br><br>**Count 1: 18 U.S.C. §§ 111(a)(1) & (b),** Assaulting, resisting, or impeding certain officers or employees causing bodily injury;<br><br>**Count 2: 8 U.S.C. §§ 1326(a),** Re-entry of removed aliens |

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about November 23, 2025, in Marfa, Texas, within the Western District of Texas, Defendant,

**JULIAN NATHAN MIRANDA-PICADO,**

did knowingly and feloniously assault, resist, oppose, impede, intimidate and interfere with M.C.R, an Agent with the United States Border Patrol, and a person designated in Title 18, United States Code, Section 1114, who was then engaged in official duties, to wit: MIRANDA-PICADO pushed M.C.R., causing M.C.R. to fall and resulting in bodily injury to M.C.R.

A violation of Title 18, Unites States Code, Sections 111 (a)(1) & (b).

### COUNT TWO

On or about November 23, 2025, within the Western District of Texas, Defendant,

**JULIAN NATHAN MIRANDA-PICADO,**

an alien attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States and Defendant had not received consent of the Attorney General of the United States or the Secretary of Homeland Security, to reapply for admission to the United States.

A violation of Title 8 U.S.C. § 1326(a).

A TRUE BILL.

███████████████████████████

FOREPERSON OF THE GRAND JURY

**BY: JUSTIN R. SIMMONS**
  **UNITED STATES ATTORNEY**

_____
for JIMMIE L. HOLLOWAY, JR.
ASSISTANT UNITED STATES ATTORNEY